# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 04, 2019**

SEAN F. McAVOY, CLERK

MARIBELL AGUILAR, for Herself, as a Private Attorney General, and/or on Behalf of All Others Similarly Situated,
 *Plaintiff*
v.
CARTER'S INC.; and DOES 1–10, inclusive,
 *Defendant*

Civil Action No. 1:19-cv-03178-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Compel Arbitration or, in the Alternative, to Dismiss, ECF No. 3, is GRANTED as to compelling arbitration only. All claims are DISMISSED WITHOUT PREJUDICE and Plaintiff is COMPELLED TO ARBITRATE those claims under the terms of the Arbitration Agreement contained in the Legal Terms and Conditions, ECF No. 3-3 at 4, unless the arbitrator determines those provisions do not apply.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a motion to Compel Arbitration or, in the Alternative, to Dismiss.

Date: October 4, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas