FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIBELL AGUILAR, for Herself, as a Private Attorney General, and/or On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARTERS INC and THE WILLIAM CARTER COMPANY,<br><br>Defendants. | No.  1:19-cv-03178-SMJ<br><br>**ORDER DISMISSING CASE** |

On February 8, 2021, the parties filed a stipulated dismissal, ECF No. 30. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

   **1.**   The parties' stipulated motion to dismiss, **ECF No. 30**, is **GRANTED**.

   **2.**   Plaintiff's individual claims alleged against Defendants in the first amended and supplemental complaint, **ECF No. 25**, are **DISMISSED <u>WITH</u> PREJUDICE**.

ORDER DISMISSING CASE – 1

3. Plaintiff's claims alleged against Defendants on behalf of the putative class defined in Paragraph 46 of the first amended and supplemental complaint, **ECF No. 25**, are **DISMISSED** **WITHOUT** **PREJUDICE**.

4. All pending motions are **DENIED AS MOOT**.

5. All hearings and other deadlines are **STRICKEN**.

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of February 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge